[No. 39648-3-II. Division Two. June 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN P. STOLL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00438-4, Amber L. Finlay, J., entered August 4, 2009. *Reversed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Van Deren, J.

[No. 40340-4-II. Division Two. June 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY BRIAN KASBAUM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01572-6, Frank E. Cuthbertson, J., entered January 14, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 41660-3-II. Division Two. June 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ALLEN BARROW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03981-5, Katherine M. Stolz, J., entered December 10, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 42338-3-II. Division Two. June 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DONSHAE EUGENE COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00634-8, Christine A. Pomeroy, J., entered July 1, 2011. *Dismissed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Hunt, J.